# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

134851

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

RAYMOND EARL KELLER,
     Defendant-Appellee.

SC: 134851
COA: 266804
Emmet CC: 05-002465-FH

_____/

     On order of the Court, the application for leave to appeal the July 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008

_____
Clerk

p0117